

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8029

December 7, 2021

BY ECF

Hon. Katherine Polk Failla  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007



Re: Association for Accessible Medicines v. James, Case no. 18-cv-8180  
SpecGX LLC v. James, Case no. 18-cv-09830

Dear Judge Failla:

At this time the parties respectfully submit this application jointly on behalf of all defendants and on behalf of plaintiffs Association for Accessible Medicines ("AAM") and SpecGX, LLC ("SpecGX") to request an extension of time for the plaintiffs AAM and SpecGX to file their applications for attorney's fees and costs pursuant to 28 U.S.C. § 1988 for a period of sixty (60) days, from the present deadline of December 19, 2021 as set by Your Honor's Order of October 20, 2021 (filed as ECF No. 44 in *AAM* and as ECF No. 46 in *SpecGX*), until February 18, 2022.

The reason for this request is that additional time is needed because of the combination of the substantial time that these plaintiffs needed to prepare their submissions concerning attorney's fees and costs and submit them to defendants for review, and the additional time that will be necessary for the defendants to complete their settlement approval process (a multi-level process that must proceed in each of the two relevant agencies, the Office of the Attorney General and the Department of Health), as well as to negotiate the terms of final settlement agreements. This is the first application for this extension. We respectfully submit that judicial economy will be served by the granting of this request.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6009 (Not For Service of Papers)  
www.ag.ny.gov

Hon. Katherine Polk Failla                                                Page 2 of 2
December 7, 2021

    Thank you for Your Honor's consideration.

|  | Respectfully submitted |
|---|---|
| By:*/s/ Seth J. Farber* | */s/Matthew D. Rowen* |
| Seth J. Farber | MATTHEW D. ROWEN |
| James M. Hershler | KIRKLAND & ELLIS LLP |
| NYS Office of the Attorney General | 1301 Pennsylvania Avenue NW |
| 28 Liberty Street | Washington, DC 20004 |
| New York, NY 10005 | (202) 389-5931 |
| Telephone: (212) 416-8029 | matthew.rowen@kirkland.com |
| seth.farber@ag.ny.gov | |
| james.hershler@ag.ny.gov | |
| | JAY P. LEFKOWITZ |
| *Counsel for Defendants* | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | (212) 446-4800 |
| | Lefkowitz@kirkland.com |
| | *Counsel for Plaintiff AAM* |
| | */s/ Douglas Hallward-Driemeier* |
| | Douglas Hallward-Driemeier |
| | ROPES & GRAY LLP |
| | 2099 Pennsylvania Avenue, NW |
| | Washington, DC 20006-6807 |
| | Telephone: (202) 508 4776 |
| | Facsimile: (202) 383-8354 |
| | douglas.hallward-driemeier@ropesgray.com |
| | *Counsel for Plaintiff SpecGx LLC* |

```
Application GRANTED.  Plaintiffs AAM and SpecGX shall file
their applications for attorney's fees and costs pursuant to
28 U.S.C. § 1988 on or before February 18, 2022.  The Clerk of
Court is directed to terminate the pending motions at 18 Civ.
8180 (Dkt #46) and 18 Civ. 9830 (Dkt. #48).

Dated:     December 8, 2021                  SO ORDERED.
           New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE